

CLERK, U.S. DISTRICT COURT

FILED

MAY 8 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

CENTRAL     **DISTRICT OF**     CALIFORNIA

CLERK, U.S. FILED DISTRICT COURT

MAY - 8 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA

V.

**Kevin ST. PIERRE**
**REG#: 73447-112**

**CRIMINAL COMPLAINT**

CASE NUMBER 18 MJ 01115

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about May 3, 2018, in Los Angeles County, in the Central District of California, defendant KEVIN ST. PIERRE ("ST. PIERRE") escaped from the custody of a facility in which he was confined by virtue of process issued by a court of the United States, in violation of Title 18, United States Code, Section 751.

I further state that I am a Deputy United States Marshal, and that this complaint is based on the following facts:

On or about May 4, 2018, the United States Marshals Service received information from Angela Miller-Kelley, Western Sector Administrator, that ST. PIERRE escaped from a Bureau of Prisons reentry facility, the Marvin Gardens Halfway House, located at 9411 S. Central Avenue, Los Angeles, California.

From my review of court records and records from the Marvin Gardens Halfway house, I am aware that ST. PIERRE was sentenced on September 1, 2016, in the United States District Court for the Central District of California, Case Number 16-CR-375-GW, to 27 months' imprisonment, followed by three years' supervised release. On March 28, 2018, ST. PIERRE was released from federal prison and transferred to Marvin Gardens Halfway House, from which ST. PIERRE was scheduled to be released on June 6, 2018.

On May 3, 2018, ST. PIERRE signed out of Marvin Gardens Halfway House for an appointment. When ST. PIERRE failed to return as scheduled, staff unsuccessfully attempted to locate ST. PIERRE by calling his approved cell phone number and contacting local hospitals and jails. Later that day, ST. PIERRE was placed on escape status. ST. PIERRE's whereabouts remain unknown at this time.

Continued on the attached sheet and made a part hereof:    ☐Yes ☒No

Sworn to before me and subscribed in my presence,

/s/

_____
Signature of Complaint
Richard Fritsch
Deputy U.S. Marshal

May 8, 2018
Date
**GAIL J. STANDISH**

at   Los Angeles, California
City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

CAC:sp